# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON S. HARPER,<br><br>        Plaintiff,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | CASE NO.   1:10-cv-926-LJO-MJS (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT<br><br>(ECF No. 7)<br><br>**PLAINTIFF MUST FILE AMENDED COMPLAINT BY 12/22/2010** |

    Plaintiff Jason S. Harper ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a Motion for Leave to File an Amended Complaint. He asserts that he wishes to amend because he has learned the identify of at least one additional defendant.

    Federal Rule of Civil Procedure 15(a) provides that a pleading may be amended once as a matter of course so long as no defendant has served a responsive pleading. In this case, no defendant has yet served a responsive pleading. Accordingly, Plaintiff's Motion is GRANTED. Plaintiff shall file an amended complaint not later than **December 22, 2010**.

IT IS SO ORDERED.

Dated:   November 16, 2010          /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE