IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON S. HARPER, | 1:10-cv-00926-LJO-GSA (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S SECOND MOTION TO EXTEND TIME |
| vs. | TO FILE AMENDED COMPLAINT<br>and |
| ARNOLD SCHWARZENEGGER, et al., | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br>(Motion# 14) |
| Defendants._____/ | 60-DAY DEADLINE TO FILE AMENDED COMPLAINT |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 22, 2012, plaintiff filed a motion to extend time to file an amended complaint. Good cause appearing, plaintiff's motion shall be granted.

Plaintiff also requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997). Without a reasonable method of securing and compensating counsel, this court will seek volunteer counsel only in the most serious and exceptional cases. In the present case, the court does not find the required exceptional circumstances. See Rand, 113 F.3d at 1525.

1  Even if it is assumed that plaintiff is not well versed in the law and that he has made serious
2  allegations which, if proved, would entitle him to relief, his case is not exceptional.  This court is
3  faced with similar cases almost daily.  Therefore, plaintiff's request for the appointment of counsel
4  shall be denied.

  Based on the foregoing, IT IS HEREBY ORDERED that:

  1.  Plaintiff is GRANTED sixty (60) days from the date of service of this order in which to file an amended complaint, pursuant to the Court's order of April 12, 2012; and

  2.  Plaintiff's request for the appointment of counsel is DENIED, without prejudice.

IT IS SO ORDERED.

Dated:   **June 25, 2012**              /s/ **Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE