# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON S. HARPER AKA SEQUOYAH KIDWELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　Defendants. | 1:10-cv-00926-JLT-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION**<br><br>**(ECF No. 54.)** |

　　　　Jason S. Harper aka Sequoyah Kidwell ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  This case was dismissed on January 31, 2014 for failure to state a claim and was closed.  (ECF No. 46, 47.)

　　　　On April 25, 2023, Plaintiff filed a motion to vacate court-imposed fines Plaintiff claims are now unenforceable and uncollectable per Penal Code 1465.9.  (ECF No. 54.)  Plaintiff requests the court to vacate the Court's order imposing costs and fines on Plaintiff.

　　　　Plaintiff is mistaken that the Court issued an order in this case to collect costs and fines from him.  The Court did not issue such an order in this case.  Therefore, Plaintiff's motion shall be denied.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to vacate the Court's order imposing costs and fines on Plaintiff, filed on April 25, 2023, is DENIED.

IT IS SO ORDERED.

　　　Dated:　**May 26, 2023**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE